Writ refused. On the showing made we cannot say the result is incorrect.

233 So.2d 562

**Florence HARPER**

v.

**MUTUAL OF OMAHA (MUTUAL HEALTH & ACCIDENT ASSOCIATION),**

No. 50480.

April 20, 1970.

In re: Mutual Health & Accident Association applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Richland. 232 So.2d 96.

Writ refused. We find no error of law in the judgment complained of.

233 So.2d 562

**STATE of Louisiana ex rel. Tommie NETTLES**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50492.

April 20, 1970.

In re: Tommie Nettles applying for writ of habeas corpus.

The application is denied. Applicant is not entitled to the relief sought.